U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

APR 0 6 2009

TONY R. MOORE, CLERK
BY_____
         DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 08-00209** |
| **VERSUS** | * | **JUDGE JAMES** |
| **JANICE DAVIS** | * | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Janice Davis, and adjudges her guilty of the offense charged in Count One of the Indictment against her.

THUS DONE AND SIGNED this ___4___ day of ___April___, 2009, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION